1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRYAN COOKE,                                No.  2:14-cv-2539 KJN P

12                  Plaintiff,

13         v.                                     ORDER

14    CLIFF ALLENBY, et al.,

15                  Defendants.

16

17         Plaintiff is a civil detainee housed at Coalinga State Hospital, and is proceeding without

18    counsel.  Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request

19    to proceed in forma pauperis.  In his complaint, plaintiff alleges violations of his civil rights

20    which took place in Fresno County, which is part of the Fresno Division of the United States

21    District Court for the Eastern District of California.  See Local Rule 120(d).  Plaintiff's

22    commitment proceedings are taking place in Riverside County Superior Court, which is part of

23    the Central District of California.

24         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25    division of a court may, on the court's own motion, be transferred to the proper division of the

26    court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

27    1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

28    forma pauperis.

                                               1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2       1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3       2.  This action is transferred to the United States District Court for the Eastern District of

4    California sitting in Fresno; and

5       3.  All future filings shall reference the new Fresno case number assigned and shall be

6    filed at:

7                United States District Court
             Eastern District of California
             2500 Tulare Street
8            Fresno, CA 93721

9

10   Dated:  November 12, 2014

11

12   /cook2539.22                          KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2